Ralph W. Carroll, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Hotchkiss, J., dissented.

Harry Content, Respondent, v. William J. Oliver, Appellant.—The finding that plaintiff was entitled to recover $600 attorneys' fees reversed, and judgment modified by deducting said amount therefrom and as so modified affirmed, without costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph W. Stern and Another, Copartners, etc., Appellants, v. Sigmund Romberg and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Eugenie Viola Hill Ferris, Appellant, v. James McClenahan, as Substituted Trustee, etc., and Others, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., dissented.

The People of the State of New York ex rel. Richmond Light and Railroad Company, Relator, v. Edward E. McCall and Others, as Commissioners Constituting the Public Service Commission of the State of New York, First District, etc., Respondents.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J.. Clarke, Scott, Dowling and Hotchkiss, JJ.

Henry Gilsey and Another, as Executors, etc., and Others, Respondents, v. Frederick J. Lancaster, Appellant.— Order modified by requiring plaintiffs, as a condition of being allowed to serve an amended complaint, to pay all costs of the action to date, excepting the costs of the former appeal, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Robert S. Ryan, Individually and as Administrator, etc., Respondent, v. Mary C. C. Clark, Individually and as Administratrix, etc., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jacob Bitterfeld, Respondent, v. Adolf Aschengrau, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ellen Gowlan, as Administratrix, etc., Respondent, v. McNulty Brothers, Appellant, Impleaded with Another.— Order modified by granting the particulars required in the 3d paragraph of the notice of motion, and as so modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John D. Dailey and Another, Appellants, v. The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.